IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JONATHAN POYNOR**  **PLAINTIFF**
Reg. #32061-009

v.  CASE NO. 2:22-CV-00241-BSM

**E. KESSELL**  **DEFENDANT**

## ORDER

Having carefully reviewed the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 10] is adopted and Jonathan Poynor's petition for habeas relief is dismissed without prejudice for his failure to exhaust administrative remedies.

IT IS SO ORDERED this 13th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE