IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JONATHAN POYNOR**  **PLAINTIFF**
Reg. #32061-009

v.   CASE NO. 2:22-CV-00241-BSM

**E. KESSELL**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE